

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Hon. E. P. Jennings
County Auditor
Hardin County
Kountze, Texas

Dear Sir:

Opinion No. 0-1009
Re: Half costs under Article 1055,
C. C. P., from January to May,
1939.

This will acknowledge receipt of your letter
of June 19th, asking that we render our opinion on the
following question:

"Under the recent amendment to Article
1055, C. C. P. allowing officers one-half
cost in cases where the judgments of convic-
tion are satisfied by jail lay-outs, is the
county liable for one-half cost to such offi-
cers in cases tried and disposed of prior to
the recent amendment, i.e., January 1939 to
May 1939 inclusive?"

We respectfully call to your attention our
opinion No. 0-23 (conference opinion No. 3033), wherein
we held the attempted amendment of Article 1055, C. C. P.,
known as H. B. 727 of the Forty-Fifth Legislature to be
void. A copy of said opinion is herewith enclosed. After
an analysis of the act in question and our conclusion of
its invalidity, we determined (see page 6 of 0-23) Article
1055 to be operative as though there had been no amendment
attempted by the Legislature.

In a recent opinion (opinion No. 0-907) we held
H. B. 205 passed by the Forty-Sixth Legislature at its
recently adjourned session to be a valid and constitutional
law. We also enclose a copy of this opinion.

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Hon. E. P. Jennings, Page 2

        Inasmuch as Article 1055 was operative as codified in the revision of 1925 until amended by H. B. 205, supra, and did not provide for any payment to officers where prisoners satisfied their respective fines and costs by mere jail confinement without labor as provided in Article 1055, supra, your question is answered in the negative. Officers would be entitled to their fees as provided in H. B. 205, supra, from and after the effective date only.

                       Yours very truly

             ATTORNEY GENERAL OF TEXAS

             By                       
                 Benjamin Woodall
                       Assistant

APPROVED
OPINION
COMMITTEE
BY _RWF_
CHAIRMAN

BW:AW

ENCLOSURES

APPROVED JUN 27, 1939

Gerald C. Mann

ATTORNEY GENERAL OF TEXAS